**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-1193-WJM-BNB

UNITED STATES OF AMERICA

       Plaintiffs,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO,
7361 MAD RIVER ROAD, MAD RIVER, CA,
2001 FORD F-250 XL, VIN # 1FTNW21F01EA67656,
2000 VOLVO S80-16, VIN # YV1TS90DXY1094497,
$10,315.00 IN UNITED STATES CURRENCY,
$6,934.00 IN UNITED STATES CURRENCY,
$4,130.00 IN UNITED STATES CURRENCY,
$3,967.00 IN UNITED STATES CURRENCY,
$1,091.00 IN UNITED STATES CURRENCY,
$30,947.50 SEIZED FROM E-TRAD ACCT XXXXXX8410,
$30,007.82 SEIZED FROM US BANK ACCT XXXXXXXX1124,
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXXXX6097,
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991,
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST ACCT XXX7962,
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439,
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0,
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX0698,
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138,
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229,
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528,
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267,
ROLEX EXPLORER II WATCH,
TAG HEUER AQUARACER LADIES WATCH,
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8,
2007 VOLVO S80 VIN # YV1AS982071019817,
$72,000.000 IN UNITED STATES CURRENCY,
$18,252.00 IN UNITED STATES CURRENCY,
$579.00 IN UNITED STATES CURRENCY,
2003 FORD F-250 SUPER DUTY XL PICKUP TRUCK VIN # 1FTNW21P13EC31363,
2010 BMW 335I VIN#WBAWL7C59AP475234,
2009 FORD ECONOLINE E250 VIN # 1FTNE24W59DA47967,
$10,441.37 SEIZED FROM VALLEY BANK & TRUST ACCT XXXX4545,
$1,331.71 SEIZED FROM VALLEY BANK & TRUST ACCT XXXX7208

Defendants.

**ORDER GRANTING CLAIMANT CHRISTINA MCCARTHY'S UNOPPOSED MOTION FOR ADMINISTRATIVE CLOSURE**

This matter comes before the Court on Claimant Christina McCarthy's Unopposed Motion for Administrative Closure of the Case, filed on July 16, 2013 (ECF No. 37). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Claimant's Unopposed Motion is GRANTED. Pursuant to D.C.COLO.LCivR 41.2 the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED. Claimant need not file an answer in this matter unless and until further order of this Court reopening this case upon motion for good cause shown and directing an answer date.

Dated this 16th day of July, 2013.

BY THE COURT:

William J. Martínez
United States District Judge